

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00353-CV

**IN RE** Matthew **DUKE**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: June 11, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on June 2, 2025. Real party in interest filed a response on June 4, 2025. Having considered the petition, response, record, and applicable law, the court has determined that relator is not entitled to the relief requested. Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-02375, styled *In the Matter of the Marriage of Matthew Duke and Christie Lynn Terrell and in the Interest of P.O.T., a child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.